NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000917**
**14-FEB-2018**
**12:02 PM**

NO. CAAP-17-0000917

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HAWAII PET IMAGING, LLC, a Delaware limited liability company,
Appellant-Appellant,
v.
HAWAII PACIFIC IMAGING, LLC, dba INSIGHT IMAGING,
a Hawaiʻi limited liability company, and
STATE HEALTH PLANNING & DEVELOPMENT AGENCY,
DEPARTMENT OF HEALTH, STATE OF HAWAIʻI,
an administrative agency of the State of Hawaiʻi,
Appellees-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-0897 (KKH))

ORDER GRANTING THE JANUARY 17, 2018
STIPULATION FOR DISMISSAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal, filed by Appellant-Appellant Hawaii Pet Imaging, LLC, a Delaware limited liability company, on January 17, 2018, and the record, it appears that (1) the appeal has not been docketed, (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal, in compliance with Rule 42(a) of the Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, February 14, 2018.

Presiding Judge

Associate Judge

Associate Judge